UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA I. SLONE,<br><br>         Plaintiff,<br><br>vs.<br><br>BARJER CORP., a New York corporation, d/b/a FIREHOUSE, and 85TH COLUMBUS CORPORATION, a New York corporation,<br><br>         Defendants. | CASE NO: 1:15-cv-06365-RA |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, LINDA I. SLONE, and Defendants, BARJER CORP., a New York corporation, d/b/a FIREHOUSE, and 85TH COLUMBUS CORPORATION, a New York corporation, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 4th day of May, 2016.

By: _/S/ B. Bradley Weitz_____
   B. Bradley Weitz, Esq.
   THE WEITZ LAW FIRM, P.A.
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160
   Telephone:  (305) 949-7777
   Facsimile:   (305) 704-3877
   Email: bbw@weitzfirm.com
   *Attorney for Plaintiff*

By: _/S/ John D. Morio_____
   John D. Morio, Esq,
   Joseph P. Wodarski, Esq.
   WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP
   1133 Westchester Avenue
   White Plains, NY 10604
   Telephone:  (914) 323-7000
   Facsimile:  (914) 323-7001
   Email: john.morio@wilsonelser.com
   *Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Ronnie Abrams, U.S.D.J.

Dated: _____