UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED

OCT 14 2016

LINDA I SLONE, Individually,

Plaintiff,

vs.

BARJER CORP,
a New York corporation, d/b/a FIREHOUSE,
and
85TH COLUMBUS CORPORATION,
a New York corporation,

Defendants.

CASE NO: 1:15-cv-06365-RA

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LINDA I. SLONE, and Defendants, BARJER CORP, a New York corporation, d/b/a FIREHOUSE, and 85TH COLUMBUS CORPORATION, a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice*, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: _____ day of September, 2016

By: _____
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
*Attorney for Plaintiff,*
LINDA I . SLONE
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel. - (305) 949-7777
bweitz@gmail.com

By: _____
Joseph P. Wodarski, III, Esq. (JW 0557)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
*Attorney for Defendant,*
BARJER CORP.
1133 Westchester Avenue
White Plains, NY 10604
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Email: joseph.wodarski@wilsonelser.com

6163243v.1

By: _____
Michael Stewart Katzen
GOLDBERG SEGALLA LLP (NJ)
*Attorney for Defendant,*
85TH COLUMBUS CORPORATION
902 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 986-1319
Facsimile: (609) 986-1301
Email: mkatzen@goldbergsegalla.com

SO ORDERED:

Dated: October 14, 2016

_____
UNITED STATES DISTRICT JUDGE

6163243v.1